**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard Bourke
La Capital Assistance Center
636 Baronne St.
New Orleans LA 70113

**REHEARING ACTION: March 16, 2011**

**Docket Number: 10   00693-KA consolidated with 694-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JONATHAN EDWARD BOYER**

**Appealed from Calcasieu Parish Case No. 14005-02**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Marc T. Amy**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jonathan Edward Boyer** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
    Carla Sue Sigler, Counsel for the Appellee